## Henry S. Dale and others v. Felix Lavigne.

*Justice's courts: Appeals: Time: Sunday: Statute construed.*   Under our statute (*Comp L. 1871*, § *5432-3*) requiring a party taking an appeal from a justice's court to present to the justice an affidavit and bond within five days after the rendition of the judgment, the fact that the fifth day is Sunday does not authorize the taking such appeal on the following day: *Harrison v. Sager*, *27 Mich.*, *476*, is decisive of the case.

*Heard and decided January 15.*

Error to St. Clair Circuit.

Lavigne sued plaintiffs in error in justice's court, and recovered judgment on Tuesday, June 9, 1874.   On Monday the 15th day of June, 1874, the defendants in said judgment filed their appeal papers with the justice, who made return to the appeal, showing this fact.    Lavigne's counsel thereupon moved in the circuit to dismiss the appeal on the ground, among other things, that it was not taken within the time required by the statute.    This motion was granted, and the appellants bring error.

DALE *v.* LAVIGNE.

*Chadwick & Potter*, for plaintiffs in error.

*Atkinson Bros.*, for defendant in error, were stopped by the court.

THE COURT held that the ruling of the circuit judge was correct, and that the case was within the principle of *Harrison v. Sager, 27 Mich., 476.*

Judgment affirmed.